IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEREMIAH AND SARAH KNAPP, )
)
         Plaintiffs, )
) 6: 11-cv-6230-TC
  v. )
) ORDER
WESTERN MERCANTILE AGENCY, INC.)
)
         Defendant. )
)

    Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on June 8, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion for summary judgment (#21) is granted. This action is dismissed with prejudice. The clerk of court will enter judgment accordingly.

DATED this **10th** day of **July**, 2012.

_____
United States District Judge

2    - ORDER